**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


IN RE: ROBERT RIESKE  MOTION FOR      :   No. 9 WM 2021
EXTENSION PURSUANT TO RULE 311         :
                                       :


## ORDER


**PER CURIAM**

    **AND NOW**, this 26th day of February, 2021, the Motion for Extension Pursuant to Rule 311 is GRANTED, IN PART.  To afford Petitioner time to seek full admission to the Pennsylvania Bar, his temporary admission per Bar Admission Rule 311 is extended until June 30, 2021.